

Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284

Virpi Iverson    1536 South Cleveland Street Philadelphia, PA 19146

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Virpi Iverson | Trustees of University of Pennsylvania | ████ | 10/01/2025 | 10/31/2025 | 10/31/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,425.00 | 763.13 | 1,126.27 | 27.11 | 3,508.49 |
| YTD | 52,698.94 | 7,124.77 | 9,751.57 | 218.14 | 35,604.46 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Be In The Know Wellness Rewar | 10/01/2025 - 10/31/2025 | 0 | 0 | 50.00 | 50.00 | OASDI | 305.69 | 2,988.48 |
| Differential Pay | | | 0 | | 4,030.30 | Medicare | 71.49 | 698.92 |
| Holiday | | | 0 | | 1,199.12 | Federal Withholding | 389.55 | 2,678.03 |
| Imputed Income: Wellness | | | 0 | | 200.00 | State Tax - PA | 153.15 | 1,500.98 |
| Regular Monthly Salaried Pay | 10/01/2025 - 10/31/2025 | 0 | 0 | 5,375.00 | 20,565.22 | SUI-Employee Paid - PA | 3.49 | 34.22 |
| Regular Weekly Pay | | | 0 | | 22,184.28 | City Tax - PHILA | 202.90 | 403.93 |
| Sick Leave | | | 0 | | 1,303.12 | City Tax - PHILA | | 1,447.01 |
| University Closed Worked | | | 0 | | 74.82 | | | |
| University Closed/ Suspension S | | | 0 | | 1,197.12 | | | |
| Vacation Leave | | | 0 | | 2,094.96 | | | |
| Earnings | | | | 5,425.00 | 52,898.94 | Employee Taxes | 1,126.27 | 9,751.57 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Metlife PDP | 60.18 | 569.46 | Dependent Life Insurance | 0.30 | 2.86 |
| Employee Retirement Match | 268.75 | 2,427.20 | Supplemental Life Insurance | 26.81 | 215.28 |
| Health Care FSA | 50.01 | 493.94 | | | |
| Jawnt Commuter Transit | 58.00 | 688.00 | | | |
| Medical Aetna POS II | 307.00 | 2,780.06 | | | |
| Vision VSP | 19.19 | 166.11 | | | |
| Pre Tax Deductions | 763.13 | 7,124.77 | Post Tax Deductions | 27.11 | 218.14 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life Insurance Employer | 7.38 | 67.51 | OASDI - Taxable Wages | 4,930.62 | 48,201.37 |
| Dental Metlife PDP | 38.27 | 362.05 | Medicare - Taxable Wages | 4,930.62 | 48,201.37 |
| Employer Retirement Basic | 268.75 | 2,427.20 | Federal Withholding - Taxable Wages | 4,661.87 | 45,774.17 |
| Employer Retirement Match | 268.75 | 2,427.20 | State Tax Taxable Wages - PA | 4,988.62 | 48,889.37 |
| Jawnt Commuter Employer | 52.20 | 619.20 | City Tax Taxable Wages - PHILA | 5,425.00 | 10,800.00 |
| Medical Aetna POS II | 1,213.94 | 10,981.11 | City Tax Taxable Wages - PHILA | 0.00 | 42,098.94 |
| Employer Paid Benefits | 1,849.29 | 16,884.27 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | PTO | 14.64 | 32 | 20.56 |
| Allowances | 0 | 0 | Sick Leave | 8 | 0 | 54.25 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Bank of America | Bank of America ******0754 | ******0754 | | 3,508.49 | USD |



Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Virpi Iverson    1536 South Cleveland Street Philadelphia, PA 19146

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Virpi Iverson | Trustees of University of Pennsylvania | ███████ | 09/01/2025 | 09/30/2025 | 09/30/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,375.00 | 795.13 | 1,106.75 | 27.11 | 3,446.01 |
| YTD | 47,273.94 | 6,361.64 | 8,625.30 | 191.03 | 32,095.97 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | | Description | Amount | YTD |
| Differential Pay | | | 0 | | 4,030.30 | | OASDI | 300.62 | 2,682.79 |
| Holiday | | | 0 | | 1,199.12 | | Medicare | 70.31 | 627.43 |
| Imputed Income: Wellness | | | 0 | | 200.00 | | Federal Withholding | 379.71 | 2,288.48 |
| Regular Monthly Salaried Pay | 09/01/2025 - 09/30/2025 | 0 | 0 | 5,375.00 | 15,190.22 | | State Tax - PA | 151.62 | 1,347.83 |
| Regular Weekly Pay | | | 0 | | 22,184.28 | | SUI-Employee Paid - PA | 3.46 | 30.73 |
| Sick Leave | | | 0 | | 1,303.12 | | City Tax - PHILA | 201.03 | 201.03 |
| University Closed Worked | | | 0 | | 74.82 | | City Tax - PHILA | | 1,447.01 |
| University Closed/ Suspension S | | | 0 | | 1,197.12 | | | | |
| Vacation Leave | | | 0 | | 2,094.96 | | | | |
| Earnings | | | | 5,375.00 | 47,473.94 | | Employee Taxes | 1,106.75 | 8,625.30 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Dental Metlife PDP | 60.18 | 509.28 | | Dependent Life Insurance | 0.30 | 2.56 |
| Employee Retirement Match | 268.75 | 2,158.45 | | Supplemental Life Insurance | 26.81 | 188.47 |
| Health Care FSA | 50.01 | 443.93 | | | | |
| Jawnt Commuter Transit | 90.00 | 630.00 | | | | |
| Medical Aetna POS II | 307.00 | 2,473.06 | | | | |
| Vision VSP | 19.19 | 146.92 | | | | |
| Pre Tax Deductions | 795.13 | 6,361.64 | | Post Tax Deductions | 27.11 | 191.03 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Basic Life Insurance Employer | 7.38 | 60.13 | | OASDI - Taxable Wages | 4,848.62 | 43,270.75 |
| Dental Metlife PDP | 38.27 | 323.78 | | Medicare - Taxable Wages | 4,848.62 | 43,270.75 |
| Employer Retirement Basic | 268.75 | 2,158.45 | | Federal Withholding - Taxable Wages | 4,579.87 | 41,112.30 |
| Employer Retirement Match | 268.75 | 2,158.45 | | State Tax Taxable Wages - PA | 4,938.62 | 43,900.75 |
| Jawnt Commuter Employer | 81.00 | 567.00 | | City Tax Taxable Wages - PHILA | 5,375.00 | 5,375.00 |
| Medical Aetna POS II | 1,213.94 | 9,767.17 | | City Tax Taxable Wages - PHILA | 0.00 | 42,098.94 |
| Employer Paid Benefits | 1,878.09 | 15,034.98 | | | | |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | | Description | Accrued | Reduced | Available |
| | | | | PTO | 14.64 | 0 | 37.92 |
| Allowances | 0 | 0 | | Sick Leave | 8 | 0 | 46.25 |
| Total Dependent Amount | 0 | | | | | | |
| Additional Withholding | 0 | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Bank of America | Bank of America ******0754 | ******0754 | | 3,446.01 | USD |