Certificate Number: 16339-PAE-DE-040457803

Bankruptcy Case Number: 25-14739



16339-PAE-DE-040457803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2025, at 5:10 o'clock PM EST, Virpi Iverson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 30, 2025            By:    /s/Kris Krumal

                                     Name:  Kris Krumal

                                     Title: Certified Financial Counselor